## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| **Plaintiff,** | § | **C.A. No. 2:23-cv-00628-JRG** |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| MICRON TECHNOLOGY, INC., | § | |
| MICRON SEMICONDUCTOR | § | |
| PRODUCTS, INC., AND MICRON | § | |
| TECHNOLOGY TEXAS LLC, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO MODIFY SCHEDULING ORDER

The Court, having considered Defendants' Motion to Modify the Scheduling Order to remove patent-related deadlines and to apply non-patent civil case scheduling, hereby **ORDERS** that the motion is **GRANTED**.