IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| Plaintiff, | § | C.A. No. 2:23-cv-00628-JRG |
| v. | § | |
| | § | |
| MICRON TECHNOLOGY, INC., | § | |
| MICRON SEMICONDUCTOR | § | |
| PRODUCTS, INC., AND MICRON | § | |
| TECHNOLOGY TEXAS LLC, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS' NOTICE OF
### PTAB DETERMINATIONS OF UNPATENTABILITY

Pursuant to this Court's Standing Order Requiring Notice of Relevant Determinations from Related Proceedings, Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Defendants" or "Micron") submit this notice of determinations by the Patent Trial and Appeal Board ("PTAB").

In its Amended Complaint (Dkt. 14), plaintiff Netlist, Inc. ("Netlist") seeks a declaration that it did not violate Idaho state law barring bad-faith assertions of patent infringement (Idaho Code § 48-1703) by asserting, among others, U.S. Patent Nos. 10,860,506, 10,949,339, 11,232,054, 11,016,918, 8,787,060, and 9,318,160 against Micron in patent infringement litigation pending before this Court (*Netlist, Inc. v. Micron Technology, Inc., et al.*, Case No. 2:22-cv-203-JRG (E.D. Tex.)).[1]

---

[1] Netlist also seeks similar declarations with respect to three patents asserted in a separate patent infringement litigation, also pending before this Court.

1

Micron has pursued *inter partes* review proceedings on all six of these patents. As summarized below, following trial in those proceedings, the PTAB has found all challenged claims of those patents to be unpatentable. The PTAB's final written decisions with respect to each patent are attached hereto as Exhibits A-F.

| U.S. Patent No. | *Inter partes* status |
|---|---|
| 10,860,506 | All claims found unpatentable in IPR2023-00205 on October 17, 2023.<br><br>On October 23, 2023, Netlist informed the court in the patent infringement litigation that it is no longer pursuing infringement of any claim in the '506 patent. |
| 10,949,339 | All claims found unpatentable in IPR2023-00204 on October 18, 2023.<br><br>On October 23, 2023, Netlist informed the court in the patent infringement litigation that it is no longer pursuing infringement of any claim in the '339 patent. |
| 11,232,054 | All claims found unpatentable in IPR2023-00405 on December 5, 2023.<br><br>The PTAB denied Netlist's request for director review of the final written decision on March 18, 2024. |
| 11,016,918 | All claims found unpatentable in IPR2023-00406 on December 6, 2023.<br><br>The PTAB denied Netlist's request for director review of the final written decision on March 18, 2024. |
| 8,787,060 | All claims found unpatentable in IPR2022-01428 on April 1, 2024. |
| 9,318,160 | All claims found unpatentable in IPR2022-01427 on April 1, 2024. |

Dated: April 4, 2024

Respectfully submitted,

*/s/ G. Blake Thompson*

**G. Blake Thompson**
State Bar No. 24042033
Blake@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Tel: (903) 657-8540
Fax: (903) 657-6003

Jared Bobrow (CA State Bar No. 133712)
Jason Lang (CA State Bar No. 255642)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401
jbobrow@orrick.com
jlang@orrick.com

Kim B. Goldberg (NY State Reg. No. 4883310)
*Pro Hac Vice*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5203
Fax: (212) 506-5151
kgoldberg@orrick.com

***Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC***

3

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on April 4, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5.

                                                           */s/ G. Blake Thompson*
                                                           **G. Blake Thompson**