IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| Plaintiff, | § | C.A. No. 2:23-cv-00628-JRG |
| v. | § | |
| | § | |
| MICRON TECHNOLOGY, INC., | § | |
| MICRON SEMICONDUCTOR | § | |
| PRODUCTS, INC., AND MICRON | § | |
| TECHNOLOGY TEXAS LLC, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF**
**SCHEDULING ORDER IN IDAHO PROCEEDING**

Pursuant to this Court's Standing Order Requiring Notice of Relevant Determinations from Related Proceedings, Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Defendants" or "Micron") submit this notice of the scheduling order entered by the Idaho court in Micron's state-court lawsuit against Netlist, Inc. ("Netlist") for bad-faith assertion of the '054 and '918 patents against Micron. The scheduling order relates to Micron's pending motion to stay this case pending resolution of the Idaho case (Dkt. 46).

As indicated in Micron's reply in support of that motion, a scheduling conference for the Idaho case was set for January 28, 2025, and Micron sought a trial at the earliest practicable date in early 2026. Dkt. 49 at 5. In opposing Micron's request for a January 2026 trial, Netlist argued to the Idaho court that it should stay the Idaho case pending the resolution of this case.

On January 23, 2025, the Idaho court issued its Order Governing Proceedings and Setting Trial (Jury Trial) and Vacating Scheduling Conference Hearing (the "Order," attached hereto as

1

Ex. A).  In the Order, the Idaho court rejected Netlist's stay request and set a trial date of July 20, 2026.  Ex. A at 1.

Dated: January 28, 2025

Respectfully submitted,

    /s/ G. Blake Thompson
**G. Blake Thompson**
State Bar No. 24042033
Blake@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, TX 75702
Tel: (903) 657-8540
Fax: (903) 657-6003

Jared Bobrow (CA State Bar No. 133712)
Jason Lang (CA State Bar No. 255642)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401
jbobrow@orrick.com
jlang@orrick.com

Kim B. Goldberg (NY State Reg. No. 4883310)
*Pro Hac Vice*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5203
Fax: (212) 506-5151
kgoldberg@orrick.com

***Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 28, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5.

                                                        */s/ G. Blake Thompson*
                                                       **G. Blake Thompson**